Daniel R. Richardson, SBN 165601
Richardson Intellectual Property Law, P.C.
870 Market Street, Suite 615
San Francisco, CA 94102
(415) 291-8900
Fax: (415) 291-8391
email: danr@richardsonlaw.com

Attorneys for Defendants
James Peng
Photo USA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.G. MARCK & ASSOCIATES, INC. | Case No.: C 07 MC 80222 SI |
| | **SUBSTITUTION OF ATTORNEY** |
| Plaintiff, | |
| vs. | |
| James Peng, Photo USA Corporation, North American Investments Corp. and Photo USA Electronic Graphic, Inc. | |
| Defendants | |

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

Defendants James Peng and Photo USA Corporation, previously in pro per, hereby substitute counsel in the above-entitled action as follows:

    Daniel R. Richardson, Esq. SBN 165601
    Richardson Intellectual Property Law, P.C.
    870 Market Street, Suite 615
    San Francisco, CA 94102

//

//

SUBSTITUTION OF ATTORNEY    1


1

2  Date: December 4, 2007

3  RICHARDSON IINTELLECTUAL PROPERTY LAW, P.C.

4

5

6  _____
   Daniel R. Richardson, Esq.
7  James Peng
   Photo USA Corporation
8

9

10

...

28

SUBSTITUTION OF ATTORNEY        2

## PROOF OF SERVICE BY MAIL

I, Daniel Richardson, declare that I am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this matter. My business address is 870 Market Street, Suite 615, San Francisco, CA 94102.

On December 4, 2007, I served the attached

**SUBSTITUTION OF ATTORNEY**

On the following persons, by placing a true copy enclosed in a sealed envelope with first class postage fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Jean L. Bertrand, Esq.
Jeffrey V. Commisso, Esq.
Schiff Hardin LLP
One Market, Spear Street Tower
Thirty Second Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2007, in San Francisco, California.

Daniel Richardson

SUBSTITUTION OF ATTORNEY          3