1 **SCHIFF HARDIN LLP**
Jean L. Bertrand (Bar No.083250)
2 jbertrand@schiffhardin.com
Jeffrey V. Commisso (Bar No. 191267)
3 jcommisso@schiffhardin.com
One Market, Spear Street Tower
4 Thirty-Second Floor
San Francisco, CA 94105
5 Telephone: (415) 901-8700
Facsimile: (415) 901-8701
6
Attorneys for Plaintiff
7 G.G. Marck & Associates, Inc.

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 G.G. Marck & Associates, Inc.,            Case No.  C 07 80222 MISC

12                    Plaintiff,             **G.G. MARCK'S NOTICE OF**
                                             **MOTION AND MOTION TO**
13 v.                                        **COMPEL DEFENDANTS'**
                                             **DEPOSITIONS (DEBTOR**
14 James Peng, Photo U.S.A.                  **EXAMINATIONS) AND**
Corporation, North American                  **PRODUCTION OF DOCUMENTS**
15 Investments Corp., and Photo USA
Electronic Graphic, Inc.,                    DATE:    April 25, 2008
16                                           TIME:    9:00 a.m.
                   Defendants.               JUDGE:   Hon. Jeffrey White
17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO                          - 1 -

NOTICE OF MOTION AND MOTION TO COMPEL

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    **PLEASE TAKE NOTICE** that on April 25, 2008, at 9 a.m. or as soon thereafter

3    as counsel may be heard, in Courtroom 2 of the above-captioned Court, located at

4    450 Golden Gate Avenue, California, 94102, plaintiff and judgment creditor G.G.

5    Marck & Associates, Inc. ("G.G. Marck") will, and hereby does, move this Court

6    for an Order compelling defendants and judgment debtors James Peng, Photo

7    U.S.A. Corporation, and North American Investments Corporation, ("defendants")

8    each to appear for their noticed depositions and that each defendant produce

9    documents at least five court days before their deposition.

10    G.G. Marck brings this motion pursuant to Rules 30, 37, and 69 of the

11    Federal Rules of Civil Procedure.

12    This motion is based upon this notice and motion, the memorandum of points

13    and authorities, separate statement, and declaration of Jeffrey V. Commisso filed

14    herewith, and on any pleadings and records presently on file in this action and such

15    other evidence and argument as the Court may consider at the time of the hearing

16    on this matter.

17    Pursuant to Rule 37(a), G.G. Marck seeks its reasonable expenses incurred in

18    making this motion in the amount of $2,000.

19

20

21    Dated:  March 7, 2008

                                                 **SCHIFF HARDIN LLP**

22

23    By:_____

24           Jeffrey V. Commisso

       Attorneys for Plaintiff

25           G. G. Marck & Associates, Inc.,

26    35323-0000
SF\9101136.1

27

28

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and I am a resident of the State of California and over the age of eighteen (18) years, and not a party to the within action. I am an employee of Schiff Hardin LLP, and my business address is One Market, Spear Street Tower, Thirty Second Floor, San Francisco, California 94105.

On the date below, I served a copy of the within document(s):

**G.G. MARCK'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS' DEPOSITIONS (DEBTOR EXAMINATIONS) AND PRODUCTION OF DOCUMENTS**

☒ **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Daniel R. Richardson
Richardson Intellectual Property Law
870 Market Street, Suite 615
San Francisco, CA 94102
Phone: (415) 291-8900
Fax: (415) 291-8391

*Attorneys for Defendants James Peng, Photo U.S.A. Corporation, North American Investments Corp. and Photo USA Electronic Graphic, Inc.*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 7, 2008, at San Francisco, California.

_Leann F. Love_
Leann F. Love

SF\9046526.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO