**SCHIFF HARDIN LLP**
Jean L. Bertrand (Bar No.083250)
jbertrand@schiffhardin.com
Jeffrey V. Commisso (Bar No. 191267)
jcommisso@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiff
G.G. Marck & Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.G. Marck & Associates, Inc., <br><br> Plaintiff, <br><br> v. <br><br> James Peng, Photo U.S.A. Corporation, North American Investments Corp., and Photo USA Electronic Graphic, Inc., <br><br> Defendants. | Case No. C 07 80222 MISC <br><br> **NOTICE OF STAY AND REQUEST TO REMOVE PLAINTIFF'S MOTION TO COMPEL FROM CALENDAR PENDING APPEAL** <br><br> DATE: April 25, 2008 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Jeffrey White |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 1, 2008, the United States District Court for the Northern District of Ohio entered an Order of Stay of Execution pending complete and final resolution of the parties' appeal and cross-appeal before the Sixth Circuit Court of Appeals. Consequently, plaintiff G. G. Marck respectfully requests that the Court take plaintiff's Motion to Compel currently set for hearing on April 25, 2008, off calendar pending this appeal. G. G. Marck makes this request without prejudice to re-notice this motion after appellate proceedings have concluded.

Dated: April 2, 2008                               Schiff Hardin, LLP

By: /s/ Jeffrey V. Commisso
Jeffrey V. Commisso
Attorneys for Plaintiff
G.G. Marck & Associates, Inc.

SF\9119411.1